# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2021

162175

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 162175
    COA: 353980
    Kent CC: 19-001748-FH;
                19-001749-FH

FREDERICK A. RENTSMAN,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 2, 2020 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Betts* (Docket No. 148981) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk

p0427